IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS D. BAILEY, III
ADC #148850                                                                                          PLAINTIFF

V.                              CASE NO. 4:19-cv-542-JM-BD

ADAM K. CLARK, *et al*.                                                                       DEFENDANTS

## ORDER

On August 5, 2019, Thomas D. Bailey, III, an inmate in the Arkansas Department of Correction (ADC), filed the complaint in this case under 42 U.S.C. § 1983. All of Mr. Bailey's claims arose while he was incarcerated at the Ouachita River Unit of the ADC. The Ouachita River Unit is in Malvern, Arkansas, which is in the Western District of Arkansas.

The interests of justice would best be served by transferring this case to the Western District, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division.

IT IS SO ORDERED, this 12th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE